UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JAMES BUMPUS,

                  Plaintiff,

                                            ORDER

                                            10-CV-6230L

      v.

CORRECTION OFFICER DENNIS J. MARTIN,
CORRECTION OFFICER TAYLOR ROBERTS,
CLINICAL PHYSICIAN 2, JACQUELINE LEVITT,

                  Defendants.
_____

     The Court having been advised that the plaintiff died on April 22, 2011, and the claim being extinguished, due to its nature, the complaint is dismissed and the case closed. FED. R. CIV. P. 25(a).

     IT IS SO ORDERED.

                                            _____
                                                DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
         May 4, 2011.